UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,**<br><br>            Plaintiff,<br><br>     v.<br><br>**FIRST SPECIALTY INSURANCE COMPANY, ET AL.,**<br><br>            Defendants. | Case No.  4:21-cv-08350-YGR<br><br>**ORDER OF CONDITIONAL DISMISSAL**<br><br>Dkt. No. 37 |

The parties to this action, by and through their counsel, have advised the Court that the parties have agreed to a settlement of the underlying action that will result in a dismissal of this coverage dispute.

Based thereon, this matter is **DISMISSED WITH PREJUDICE** and any hearings and deadlines in this matter are **VACATED**.  The pending motion for a stay at Docket Number 34 is **DENIED AS MOOT**.

It is further **ORDERED** that if any party certifies to the Court, with proper notice to all other parties, within ninety (90) days from the date of this Order, that the case should be reopened, this Order shall be vacated and this cause shall be restored to the calendar for further proceedings.

**IT IS SO ORDERED**.

Dated: April 7, 2022

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE